In the Matter of the Accounting of WILLIAM J. DANAHER, as Executor of EDWARD C. BALL, Deceased, Appellant.

WILLIAM BALL et al., Appellants; ALICE J. GILLEN, Respondent.

*Bills, notes and checks — consideration — claim against decedent's estate on note made by decedent before death — presumption of consideration from use of words "value received."*

*Matter of Ball*, 221 App. Div. 228, affirmed.

(Argued December 8, 1927; decided January 10, 1928.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 3, 1927, which reversed a decree of the Kings County Surrogate's Court, in so far as it disallowed the claim of the respondent herein based upon the following instrument:

" $20,000.00

" ST. AUGUSTINE, FLA. *April 9th,* 1923.

" On or before sixty days after date, I promise to pay to the order of Alice J. Hunter, Twenty thousand ($20,000.00), for value received, negotiable and payable at St. Augustine, Florida or Brooklyn, N. Y.

" It is agreed by the parties hereto that the maker of this note can pay the same in United States Liberty Bonds, of the par value of twenty thousand ($20,000.00) Dollars.                    " E. BALL  [SEAL] "

The Appellate Division held that the evidence was insufficient to overcome the presumption of sufficient consideration arising from the words " value received."

*John J. Cunneen, Charles O. Grim* and *John F. Middlemiss* for appellants.

*Philip J. Britt* and *Stephen E. Ryan* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.